1999R01848

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 01-161-01 |
| ANTONIO De ALMEIDA | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 01-161, against defendant Antonio De Almeida, which indictment was filed on March 8, 2001, charging the defendant with a violation of Title 18, United States Code, Section 1956, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

_____
J. GILMORE CHILDERS
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. FAITH S. HOCHBERG
United States District Judge

Dated: 3/20/12